# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

United States of America        §
                 § CRIMINAL COMPLAINT
vs.               § CASE NUMBER: DR:20-M -01958(1)
                 §
(1) Brandon Mazariegos       §

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 14, 2020** in **Dimmit** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, conspire with other unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title   **8**   United States Code, Section(s)   **1324(a)(1)(A)(v)(I)** .

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On November 14, 2020 Brandon Mazariegos was encountered by Border Patrol Agents who were notified of a grey Honda CRV that had loaded up with suspected illegal aliens and was traveling on FM 133 near Catarina, Texas, within the Western District of Texas. Agents stopped the vehicle and conducted an immigration inspection and discovered three of the occupants were Mexican citizens who had entered the country illegally.*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

                    Signature of Complainant
                    Jester, Michael C
                    Border Patrol Agent

11/17/2020            at   DEL RIO, Texas
File Date                City and State

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE      Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:20-M -01958(1)

(1) Brandon Mazariegos

**Continuation of Statement of Facts:**

Border Patrol Agents apprehended all subjects and read their Miranda rights. The driver identified as Brandon Mazariegos admitted to being in communication with a neighbor who would offer him money for picking up illegal aliens. Brandon was told by the neighbor (Juan Torres) that some people needed to be picked up and that he would text him the location and that he was going to be paid $2500 to transport them to San Antonio."

_____  _____
Signature of Judicial Officer  Signature of Complainant